Corespondent, Appellant.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the January, 1927, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. ROBERT S. DU BOIS, Respondent.— This matter is referred to an official referee for examination and report to this court on the facts.  The court feels that the question should not be disposed of on affidavits.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Application of EDWARD E. ELDER for Admission to the Bar. ' (From the State of Massachusetts.) — Application granted.  Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of JOSEPH T. KEATING for Admission to the Bar.  (From the District of Columbia.) — Application granted.  Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant, v. QUEENS BOROUGH GAS AND ELECTRIC COMPANY and LONG ISLAND LIGHTING COMPANY, Respondents.— Motion to allow plaintiff to renew application heretofore made for an injunction pending the determination of the appeal herein granted, and, upon such application, motion denied.  Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant, v. QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent.— Motion to allow plaintiff to renew application heretofore made for an injunction pending the determination of the appeal herein granted, and, upon such application, motion denied.  Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

ROSE M. PALMER and Another, Respondents, v. ROTARY REALTY Co., INC., and Others, Appellants.— Motion to dismiss appeal denied.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL MILLER, Appellant.— Motion for reargument granted, and upon such reargument the judgment of conviction of the Court of Special Sessions is modified, pursuant to section 543 of the Code of Criminal Procedure, by reducing the term of imprisonment to the period already served, and by imposing a fine of fifty dollars.  This court does not mean to indicate that in a proper case a jail sentence is not to be imposed for a violation of the statute involved,* but is of opinion that on the facts here the judgment should be modified as herein provided.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JACOB REICHERT, Respondent, v. EDWARD A. McQUADE and JOHN H. McQUADE, etc., Defendants.  JAMES A. McQUADE, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

AUSTIN S. ROTHWELL, Respondent, v. RALPH B. WATTLEY, Appellant.— Motion to dismiss appeal granted.  Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

---

* See Penal Law, § 2040.— [REP.